IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FIRST TIME VIDEOS, L.L.C., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY PHOENIX,<br><br>Defendant. | **CASE NO.:**<br><br><br>**SUMMONS IN A CIVIL ACTION** |

TO: **GARY PHOENIX**

  A LAWSUIT HAS BEEN FILED AGAINST YOU.

  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.. R. Civ. P. 12(a)(2) or (3)--you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address is:

Steven James Goodhue (#029288)<br>
Law Offices of Steven James Goodhue<br>
9375 East Shea Blvd., Suite 100<br>
Scottsdale, AZ  85260

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file you answer or motion with the court.

  SIGNED AND SEALED this ____ day of July, 2012.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

CLERK OF THE U.S. DISTRICT COURT


By: _____
    Deputy Clerk