Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*First Time Videos, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FIRST TIME VIDEOS, L.L.C., an Arizona corporation,<br><br>Plaintiff,<br>v.<br><br>GARY PHOENIX,<br><br>Defendant. | **CASE NO.: 2:12-cv-01488-ROS**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntary dismisses the above captioned action in its entirety with prejudice.

1. Pursuant to F.R.C.P 41(a)(1)(A)(i), a plaintiff may dismiss an action without a Court Order by "filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;"

2. Defendant Gary Phoenix has not been served in this action, and has not filed either an answer to Plaintiff's Complaint, or a motion for summary judgment.

3. Dismissal of this action with prejudice without a Court Order pursuant to F.R.C.P 41(a)(1)(A)(i) is appropriate.

Dated this 25th day of July, 2012

                                      Law Offices of Steven James Goodhue

                                      By: _/s/ Steven James Goodhue_____
                                            Steven James Goodhue (#029288)
                                            9375 East Shea Blvd., Suite 100
                                            Scottsdale, AZ  85260
                                            *Attorney for Plaintiff*
                                            *First Time Videos, L.L.C.*